IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REBECCA FAYE BRAKE | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case: 3:09-CV-00271<br>) JUDGE HAYNES |
| METROPOLITAN LIFE<br>INSURANCE COMPANY<br>And BRANDI NICOLE BRAKE | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## O R D E R

In accordance with the Memorandum filed herewith, the Plaintiff's motion for judgment on the administrative record (Docket Entry No. 27) is **GRANTED**. The Respondent's motion for judgment on the administrative record (Docket Entry No. 30) is **DENIED**. Plaintiff is **AWARDED** a judgment for a constructive trust of the benefits from her deceased husband's benefit plan. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED on this the 25th day of June, 2010

WILLIAM J. HAYNES, JR.
United States District Judge